Opinion issued February 20, 2003 

 







 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00050-CV

____________


IN RE DAVID YOUNG, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, David Young, requests that this Court compel respondent (1) to
comply with a discovery order issued by respondent in cause number 925751. We
deny the petition for writ of mandamus. 

 There are three prerequisites for the issuance of a writ of mandamus by an
appellate court, namely: (1) the lower court must have a legal duty to perform a
nondiscretionary act; (2) the relator must make a demand for performance; and (3) the
subject court must refuse that request. Barnes v. State, 832 S.W.2d 424, 426 (Tex.
App.--Houston [1st Dist.] 1992, orig. proceeding). Relator has not provided us with
a record that shows that he made any request of the respondent to perform a
nondiscretionary act that respondent refused.

 The petition for writ of mandamus is therefore denied.

 It is so ORDERED.

PER CURIAM


Panel consists of Justices Hedges, Jennings, and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).
1. Respondent is the Honorable Debbie Mantooth Stricklin, Judge, 180th District
Court, Harris County.